IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SCOTT SCANLON
ADC #118511                                                                                              PLAINTIFF

V.                              5:04CV00074 WRW/HDY

CORRECTIONAL MEDICAL SERVICES; DR.
ROLAND ANDERSON, Regional Director,
Correctional Medical Services; DR. ROBIN HICKERSON,
Arkansas Department of Correction; DR. SOLOMON
MOGBO, Correctional Medical Services; and
DR. LORNE RYAN, Correctional Medical Services                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 25th day of July, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE